UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| | ) | Judge Dan Aaron Polster |
| *Jefferson County Alabama et al v. Purdue Pharma L.P. et al,*     Case No. 1:18-op-45558-DAP | ) ) ) | **AMENDED MODIFICATION OF KAPOOR BELLWETHER CASE MANAGEMENT ORDER** |
| *Santa Rosa Rancheria Tachi Yokut Tribe v. Cephalon, Inc. et al.,*     Case No. 1:20-op-45163-DAP | ) ) ) ) | |

Pursuant to agreement of the parties and the Court, the Court now rules as follows:

- All dates contained in the Case Management Order at docket no. 6280 ("CMO") are extended by 90 days.

- On or before **noon, October 10, 2025**, defendant Kapoor will send to Special Master Cohen and Plaintiffs' counsel, via email, a report of his choice of mediator.

- The Court will thereafter schedule a mediation to occur in January of 2026.

- Defendant Kapoor will immediately begin efforts to comply with CMO ¶A.2, which requires identification of all cases in all courts where Kapoor is named as a defendant. Kapoor shall produce that information to Plaintiff's counsel on a rolling basis.

The Court also hereby assigns each of the two above-captioned cases a bellwether track number: *Jefferson County* is Track 26, and *Santa Rosa* is Track 27.

      **IT IS SO ORDERED.**

        /s/ Dan Aaron Polster  October 3, 2025
        **DAN AARON POLSTER**
        **UNITED STATES DISTRICT JUDGE**